FLORENCE M. MYRON, Respondent. v. HERBERT B. MYRON, Appellant.

Appeal from so much of an order of the Supreme Court, entered in the New York county clerk's office on the 24th day of December, 1914, as allows the plaintiff a counsel fee.

PER CURIAM: It does not appear that the plaintiff is without means to employ counsel, and the court has no authority to direct the defendant to pay her a counsel fee to carry on her action. The order should be reversed and the motion denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order reversed and motion denied, without costs.

---

FANNIE MESSER, Appellant, v. CHARLES BURSTEIN and Others, Respondents, Impleaded with Another.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 17th day of November, 1914, permitting certain of the defendants to interpose an amended answer.

PER CURIAM: The order appealed from should be modified by imposing as a condition for allowing the defendants to serve an amended answer that said defendants pay full costs of the action up to the time of the service of the amended answer, the case to remain upon the calendar and to be tried when reached as if the amendment had not been allowed. As so modified, order affirmed, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order modified as directed in opinion, and as modified affirmed, without costs. Order to be settled on notice.

---

JOHN T. CLARKE, Respondent, v. NATHAN J. MILLER and ALFRED P. POSNER, Appellants, Impleaded with ABRAHAM P. MILLER and Others.

Appeal from an order of the Supreme Court, entered in the Kings county clerk's office on the 25th day of March, 1914, and in the New York county clerk's office on the 13th day of April, 1914, granting a discovery, etc.

PER CURIAM: The action appears to have been brought in the county of Kings and the appeal is from an order made in that county, and should have been taken to the Appellate Division in the Second Department. The appeal is, therefore, dismissed. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ. Appeal dismissed, without costs.